In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00095-CV**
_____

**NISSAN MEXICANA, S.A. DE C.V., Appellant**

**V.**

**MELISSA SIAS, INDIVIDUALLY & AS NEXT FRIEND OF TAYLOR J. CHARLES, AND TAYLOR J. CHARLES, Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,652**

**ORDER**

On July 16, 2019, appellant, Nissan Mexicana, S.A. de C.V., requested an abatement of this accelerated appeal because the parties have reached a tentative settlement that includes the resolution of all claims between the parties to the accelerated appeal. The appellees, Melissa Sias, individually and as next friend of Taylor J. Charles, and Taylor J. Charles, did not oppose an abatement.

1

We abate the appeal until August 23, 2019. If a settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the accelerated appeal in accordance with their settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting an extension of the abatement.

Our Order of April 12, 2019, which stayed all further trial court proceedings except for mediation, is lifted for the purpose of conducting further proceedings in the trial court to effectuate the parties' settlement agreement.

ORDER ENTERED July 23, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.